IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAUREN FIZZ

        Plaintiff

v.

ROBERT ALLEN, et al.

        Defendants

: 3:17-CV-01518
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 5th DAY OF JUNE, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 42) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 42) is **ADOPTED** for the reasons set forth therein.

2. The Motion to Dismiss Plaintiff's Amended Complaint by Kathleen Allen (Doc. 27), Motion to Dismiss Plaintiff's Amended Complaint by Robert Allen (Doc. 28), and Motion to Dismiss Plaintiff's Amended Complaint by Monroe County (Doc. 29), are **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. The Motions to Dismiss by Defendants Kathleen Allen, Robert Allen, and County of Monroe are **GRANTED** with respect to Plaintiff Lauren Fizz's state law claim for judicial review of the County agency termination decision, pursuant to 2 Pa.C.S. § 752, contained within Count III of the Amended Complaint.

    b. The Motions to Dismiss are **DENIED** in all other respects.

                                                _/s/ Robert D. Mariani_
                                                Robert D. Mariani
                                                United States District Judge